AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Nyasia Shanice FOSTER<br>(aka Nyasia WORTHY)<br><br>Defendant(s) | Case No. 7:25mj27 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 8, 2025__ in the county of __Spartanburg__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 1512 (a)(2) | On May 8, 2025, Nyaisa FOSTER Tampered with a Federal Witness by using the threat of physical force. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Heather Cox-McClain, Senior Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 05/09/2025

_____
Judge's signature

City and state: Greenville, South Carolina

Kevin F. McDonald, United States Magistrate Judge
Printed name and title