AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ South Carolina _____

USA v. Nyasia Foster

**EXHIBIT / Witness List**

Case Number: 7:25mj27

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| McDonald | AUSA Schoen | FPD Blanchard |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5-15-25 | CS Gigous | Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5-15-25 | ✓ | ✓ | Text Messages / Picture |
| 2 | | 5-15-25 | ✓ | ✓ | Text Messages |
| | | | | | |
| 1 | | 5-15-25 | | | SA Nick Matkins |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages