# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) CASE NUMBER: 7:25mj27 |
| VS. | ) |
| | ) **ORDER** |
| Nyasia Shanice Foster | ) |
| | ) |

The Clerk of Court is hereby authorized to return all exhibits to the parties introducing them.

**IT IS FURTHER ORDERED** that the parties are to maintain the exhibits intact as returned until the time of filing an appeal has expired.

**IT IS SO ORDERED.**

s/Kevin F. McDonald
**UNITED STATES MAGISTRATE JUDGE**

Dated: 5/19/25
Greenville, South Carolina

---

Receipt is hereby acknowledged of the designated exhibits introduced in evidence in the above-captioned case by the Plaintiff(s)/Defendant(s).

Attorney(s) _[signature]_

Including proffered exhibits